*The Law Office of Gregory Zenon*
*30 Wall Street, 8th Floor, New York, NY  10005*
*www.zenonatlaw.com*
*Tel: 212.380.8582*

Fax: 440.794.6686                    zenonlaw@yahoo.com

21 JUNE 2023

**BY ECF**
The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

               Re:   <u>Lantigua v. City of New York, et al</u>. 22-cv-06165 (DG) (PK)

Your Honor:

     I am Plaintiff's Counsel in the above-referenced matter and submit this letter upon consent of all parties to request an extension of the 15 June 2023 deadline for the parties to exchange documents and interrogatories to 28 July 2023, and the 26 June 2023 deadline for plaintiff to join new parties or amend pleadings to 13 October 2023, which is one week after the settlement conference. While the parties have exchanged requests for documents and interrogatories, in our review and discussion of the requests and due to scheduling issues, the additional time will provide the best opportunity for discovery exchange. This will additionally provide the parties the opportunity to settle the matter before incurring the costs related to adding new parties, and provide Plaintiff the opportunity to receive and review discovery before amending the pleadings. This is plaintiff's first request to extend these deadlines.

                                         Sincerely,

                                         /s/
                                         GREGORY W. ZENON
                                         30 Wall Street, 8th Floor, New York, NY  10005
                                         212.380.8582
                                         fax: 440.794.6686
                                         zenonlaw@yahoo.com

cc:     Attorney Seema Kassab
         Special Federal Litigation Division
         New York City Law Department
         *Attorney for Defendants*
         (via ECF)